## Commonwealth ex rel. Kish, Appellant, v. Kish.

Argued June 10, 1969.

*Walter I. Higgins,* for appellant; *John E. Tuohy,* with him *Meehan and Stoelker,* for appellee.

Order affirmed.